**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :    No. 334 MAL 2023

            Respondent                   :

                                     :    Petition for Allowance of Appeal

                                     :    from the Order of the Superior Court

            v.                         :

                                     :

HEATHER LYNN HOFFMAN,          :

                                     :

            Petitioner                 :

## ORDER

**PER CURIAM**

      **AND NOW**, this 12th day of October, 2023, the Petition for Allowance of Appeal is **DENIED**.